# EXHIBIT B

# United States Patent Office

**771,167**
Registered June 9, 1964

## PRINCIPAL REGISTER
## Trademark

Ser. No. 173,984, filed July 29, 1963

## CHICAGO TRIBUNE

The Tribune Company (Illinois corporation)
435 N. Michigan Ave.
Chicago, Ill.

For: NEWSPAPER AND NEWSPAPER SUPPLEMENTS, in CLASS 38.
First use Jan. 1, 1963; in commerce Jan. 1, 1963; June 1847 in another display.
Owner of Reg. Nos. 172,059 and 173,669.