UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| CHICAGO TRIBUNE COMPANY, LLC, | Civil Action No. 1:25-cv-10094-LAP |
| Plaintiff, |  |
| v. | ~~[PROPOSED]~~ ORDER |
| PERPLEXITY AI, INC., |  |
| Defendant. |  |

As discussed at the January 5, 2026 Status Conference, and as stipulated to by the parties, the Court adopts the following deadlines with respect to Defendant's response to the Complaint:

1.    Defendant shall respond to the Complaint on or before **February 27, 2026**.

2.    If Defendant files a motion to dismiss, Plaintiff's opposition to such motion shall be due on **March 30, 2026**.

3.    Defendant's reply in support of its motion to dismiss shall be due on **April 20, 2026**.

**SO ORDERED.**

Dated: January 12, 2026
New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge