March 25, 2026


The Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re:    Joint Request to Modify Briefing Schedule –
> *Chicago Tribune Company, LLC v. Perplexity AI, Inc.*,
> No. 1:25-cv-10094 (LAP) and
> *The New York Times Company, et al. v. Perplexity AI, Inc.*,
> No. 1:25-cv-10106 (LAP)

Dear Judge Preska:

We write on behalf of all parties to the above matters.

On January 12, 2026, this Court entered orders setting briefing schedules for motions by defendant Perplexity AI, Inc. ("Perplexity") to dismiss the plaintiffs' Complaints in the two above-referenced matters. Times Dkt. 31, Tribune Dkt. 29. On February 27, Perplexity moved to dismiss the Complaints. Times Dkt. 40, Tribune Dkt. 33. On March 20, plaintiffs The New York Times Company, Inc. ("The Times") and the Chicago Tribune Company, LLC ("The Tribune") filed amended complaints (the "FACs") as a matter of right under Federal Rule of Civil Procedure 15(a)(1). Times Dkt. 44, Tribune Dkt. 37.

In the interest of efficiency and because the filing of the FACs moots Perplexity's originally filed motions to dismiss the Complaints, the parties respectfully request that the existing briefing schedule be vacated and that the following proposed schedule be adopted:

- Defendant's Motions to Dismiss the FACs: April 17
- Plaintiffs' Opposition: May 15
- Defendant's Reply: June 9

The Court also previously approved the parties' request that they be permitted to file consolidated briefs, to be filed in both actions, with the word limits set forth in Times Dkt. 39 and Tribune Dkt. 32. The parties respectfully request they be

The Honorable Loretta A. Preska
March 25, 2026
Page 2

permitted to once again file consolidated briefs and that the previously-ordered word limits (10,000 words for Perplexity's consolidated opening brief; 10,000 words for Plaintiffs' consolidated opposition brief; and 5,000 words for Perplexity's reply) apply to those consolidated briefs.

We have discussed the above with counsel for Perplexity and are authorized to advise the Court that defendant is in agreement with the above.

Respectfully submitted,

*/s/ Steven Lieberman*

Steven Lieberman

cc: All counsel of record (via ECF)

SO ORDERED.

_____
Loretta A. Preska
United States District Judge

March 26, 2026