**Joseph R. Wetzel**
Direct Dial: 1.415.395.8007
Joe.Wetzel@lw.com

505 Montgomery Street, Suite 2000
San Francisco, California  94111-6538
Tel: +1.415.391.0600  Fax: +1.415.395.8095
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Silicon Valley |
| Houston | Singapore |
| London | Tel Aviv |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

June 9, 2026

**VIA ECF**

The Honorable Loretta A. Preska
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 2220
New York, NY 10007-1312

> Re:    *Chicago Tribune Co. v. Perplexity AI, Inc.*, No. 1:25-cv-10094-LAP
> (S.D.N.Y.): Request for Oral Argument

Dear Judge Preska,

In accordance with Section 2.D of Your Honor's Individual Practices, Defendant Perplexity AI, Inc. ("Perplexity") requests oral argument on Perplexity's Motion to Dismiss, Dkt. 41, which is a consolidated motion filed by Perplexity in the above captioned case and in *The New York Times Company, et al. v. Perplexity AI, Inc.*, No. 1:25-cv-10106-LAP.  Counsel for Perplexity has today e-filed Perplexity's consolidated Reply in support of Perplexity's Motion in both cases, which completes the briefing on the motion.

We appreciate the Court's consideration of this request.

Respectfully submitted,

*/s/ Joseph R. Wetzel*
Joseph R. Wetzel
of LATHAM & WATKINS LLP

cc: All Counsel of Record (by ECF)