**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE NEW YORK TIMES COMPANY, WIRECUTTER, INC., and THE ATHLETIC MEDIA COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> PERPLEXITY AI, INC., <br><br> Defendant. | Civil Action No. 25-cv-10106-LAP |
| CHICAGO TRIBUNE COMPANY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> PERPLEXITY AI, INC., <br><br> Defendant. | Civil Action No. 25-cv-10094-LAP |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs Chicago Tribune Company, LLC ("Chicago Tribune"), The New York Times Company ("The Times"), Wirecutter, Inc. ("Wirecutter"), and The Athletic Media Company ("The Athletic") (collectively, "Plaintiffs"), through counsel of record, respectfully submit this notice of supplemental authority in connection with Plaintiffs' Consolidated Memorandum of Law in Opposition to Defendant's Motion to Dismiss, *Chicago Tribune*, 1:25-cv-10094, Dkt. No. 43; *New York Times*, 1:25-cv-10106, Dkt. No. 59.

On June 11, 2026, the Northern District of California issued its decision in *Strike 3 Holdings, LLC, et al. v. Meta Platforms, Inc.*, 5:25-cv-06213-EKL, Dkt. No. 61, a copy of which is attached

hereto as Exhibit 1. In *Strike 3 Holdings*, the court denied defendant's request to dismiss plaintiffs' vicarious liability claim, finding the plaintiffs adequately alleged the defendant derived a financial benefit from the purported infringement. *Id.* at 13-15.

This decision is relevant to Plaintiffs' arguments regarding vicarious liability made in opposition to the pending Motion to Dismiss. *Chicago Tribune*, Dkt. No. 43 at 20-22; *New York Times*, Dkt. No. 59 at 20-22.

Respectfully submitted,

Dated: June 17, 2026

/s/ Steven Lieberman

Steven Lieberman (SL8687)
Jennifer B. Maisel (5096995)
Robert Parker (*admitted pro hac vice*)
Jenny L. Colgate (*admitted pro hac vice*)
Alexandra S. Hughes (*admitted pro hac vice*)
Kristen J. Logan (*admitted pro hac vice*)
Bryan B. Thompson (6004147)
**ROTHWELL, FIGG, ERNST & MANBECK, P.C.**
901 New York Avenue, N.W., Suite 900 East
Washington, DC 20001
Telephone: (202) 783-6040
Facsimile: (202) 783-6031
slieberman@rothwellfigg.com
jmaisel@rothwellfigg.com
rparker@rothwellfigg.com
jcolgate@rothwellfigg.com
ahughes@rothwellfigg.com
klogan@rothwellfigg.com
bthompson@rothwellfigg.com

*Attorneys for Plaintiffs*