UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHICAGO TRIBUNE COMPANY, LLC,<br>Plaintiff,<br>-against-<br>PERPLEXITY AI, INC.,<br>Defendant. | No. 25 CV 10094 (LAP)<br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of the parties' joint letter and Perplexity AI, Inc.'s ("Perplexity") supplemental letter. Perplexity shall provide Plaintiffs with answers to their written questions by December 7, 2026 in order for Plaintiffs to narrow their requests. With respect to the productions, by December 7, 2026, Perplexity shall produce the October 15 Production in its entirety and run search terms on the November 4 Production and provide the relevant documents to Plaintiffs.

The Clerk of the Court shall also docket this order in The New York Times Co. v. Perplexity AI, Inc., 25-CV-10106.

**SO ORDERED.**

Dated: November 25, 2026
New York, New York

Loretta A. Preska

LORETTA A. PRESKA
Senior United States District Judges